USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] ____________________No. 97-2159 RAYMOND CATALA-FONFRIAS, Plaintiff, Appellant, v. U.S. DEPT. OF JUSTICE, ET AL., Defendants, Appellees.  ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Salvador E. Casellas, U.S. District Judge] ____________________ Before Torruella, Chief Judge, Selya and Boudin, Circuit Judges. ____________________ Raymond Catala-Fonfria on brief pro se. Guillermo Gil, United States Attorney, and Jose Javier SantosMimoso, Assistant United States Attorney, on brief for appellees. ____________________ May 6, 1998 ____________________ Per Curiam. Upon review of the parties' briefs, and the record, the judgment dismissing this frivolous action for lack of jurisdiction is summarily affirmed. Loc. R. 27.1. The judgment is modified to reflect that it is not on the merits.  See Fed. R. Civ. P. 42(b). Affirmed as modified.